*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                518811
_____

In the Matter of DEAN BLACK,
                     Petitioner,

        v

                                        MEMORANDUM AND JUDGMENT

JOSEPH T. SMITH, as
    Superintendent of Shawangunk
    Correctional Facility,
                     Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.

                        _____


        Dean Black, Otisville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (William E.
Storrs of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court